RICOH COMPANY, LTD., Ricoh Americas Corporation, and Ricoh Electronics, Inc., Appellants,

v.

INTERNATIONAL TRADE COMMISSION,
Appellee,

and

Oki Data Corporation and Oki Data Americas, Inc., Intervenors.

No. 2011–1236.

United States Court of Appeals,
Federal Circuit.

May 27, 2011.

Daniel E. Valencia, U.S. International Trade Commission, Washington, DC, for Appellee.

John Allcock, DLA Piper U.S. LLP, San Diego, CA, for Appellants.

### ORDER

### ON MOTION

Ricoh Company, Ltd., et al. move to withdraw their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.